# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Liebich v. Illinois Department of Corrections, et al.    Case Number: 1:19-cv-00242

An appearance is hereby filed by the undersigned as attorney for:
Joshua Clements.

Attorney name (type or print):  Alan Williams

Firm:    Office of the Illinois Attorney General

Street address:     100 W. Randolph Street, 13th Floor

City/State/Zip:    Chicago, Illinois 60601

Bar ID Number:  6321732                Telephone Number:    312-814-3654
(See item 3 in instructions)

Email Address: ajwilliams@atg.state.il.us

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 13, 2019

Attorney signature:    S/ Alan Williams
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015