**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RANDY R. LIEBICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-242 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | Hon. Judge Thomas M. Durkin |
| CORRECTIONS, *et al.*, | ) | Hon. Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME**

Defendants Charles Best, Tyneer Butler-Winters, Darren Davenport, Elizabeth Johnson, Byron Mitchell, Walter Nicholson, Ethan Olson, Victor Perez, Randy Pfister, and William Shevlin, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, hereby move unopposed, pursuant to Fed. R. Civ. P. 6(b)(1)(A), for an extension of time of thirty five (35) days, up to and including April 29, 2019, to respond or otherwise plead to Plaintiff's Complaint [ECF # 1], stating as follows:

1. The deadline for the responsive pleadings of Defendants Best, Butler-Winters, Davenport, Johnson, Mitchell, Nicholson, Olson, Perez, Pfister, and Shevlin is March 25, 2019. [*See* ECF # 7-9; 11-14; 16; 17; 19; 21].

2. The deadline for the responsive pleadings of Defendants Joshua Clements and James Wilcock is April 29, 2019. [*See* ECF # 24; 25].

3. The undersigned has both reviewed the case file, and anticipates needing additional time to confer with Defendants Best, Butler-Winters, Davenport, Johnson, Mitchell, Nicholson, Olson, Perez, Pfister, and Shevlin, review relevant documents, and prepare their answers or other

responsive pleadings. Additionally, given that the undersigned is diligently preparing for trial in *Hoskins v. Attig, et. al*, currently scheduled to begin on April 16, 2019, [*see* Text Order 10/15/2018 in Case No. 1:15-cv-01202-CSB (C.D. Ill.)], he has had limited time to confer with his clients.

4.      Given the above, Defendants Best, Butler-Winters, Davenport, Johnson, Mitchell, Nicholson, Olson, Perez, Pfister, and Shevlin respectfully request an extension of time of thirty five (35) days, up to and including April 29, 2019, to respond or otherwise plead to Plaintiff's Complaint [ECF # 1], such that their answers or other responsive pleadings will be due simultaneously with those of Defendants Clements and Wilcock.

5.      This motion is not made for the purpose of undue delay, but is made in good faith in order to present an adequate defense.

6.      Plaintiff will not be prejudiced by this extension as a discovery schedule has not yet been set in this case.

7.      The undersigned has contacted Plaintiff's counsel, who has indicated that Plaintiff does not oppose this motion.

WHEREFORE, for these reasons, Defendants Best, Butler-Winters, Davenport, Johnson, Mitchell, Nicholson, Olson, Perez, Pfister, and Shevlin respectfully request that the Court grant their unopposed motion, grant them an extension of time of thirty five (35) days, up to and including April 29, 2019, to respond or otherwise plead to Plaintiff's Complaint [ECF # 1], and provide any such other relief deemed by the Court to be reasonable and just.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

/s/ Alan Williams
Alan Williams, #6321732
Assistant Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601
T: 312-814-3654, F: 312-814-4425
ajwilliams@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2019, the foregoing document, *Defendants' Unopposed Motion for Extension of Time*, was electronically filed with the Clerk of the Court using the CM/ECF system. Parties of record may obtain a copy through the CM/ECF system.

Respectfully submitted,

/s/ Alan Williams
Alan Williams