**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RANDY R. LIEBICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-242 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | Hon. Judge Thomas M. Durkin |
| CORRECTIONS, *et al.*, | ) | Hon. Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME**

**PLEASE TAKE NOTICE** that on Monday, April 8, 2019, at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Thomas M. Durkin, or whomever may be sitting in his stead, in Courtroom 1441 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present *Defendants' Unopposed Motion for Extension of Time*.

          Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois      By:    /s/ Alan Williams
          Alan Williams, #6321732
          Assistant Attorney General
          100 W. Randolph St., 13th Floor
          Chicago, Illinois 60601
          T: 312-814-3654, F: 312-814-4425
          ajwilliams@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2019, the foregoing document, *Notice of Defendants' Unopposed Motion for Extension of Time*, was electronically filed with the Clerk of the Court using the CM/ECF system. Parties of record may obtain a copy through the CM/ECF system.

Respectfully submitted,

/s/ Alan Williams
Alan Williams