UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Randy R. Liebich
                        Plaintiff,

v.                                        Case No.: 1:19−cv−00242
                                              Honorable Thomas M. Durkin

Illinois Department Of Corrections, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 26, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin:Defendants' unopposed motion for extension of time to 4/29/2019 to answer or otherwise plead [26] is granted. Joint status report is now due by 5/7/2019. The 4/8/2019 status hearing is vacated and reset for 5/10/2019 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.