IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANDY R. LIEBICH,<br><br>      Plaintiff,<br><br>      v.<br><br>ILLINOIS DEPARTMENT OF<br>CORRECTIONS *et al.*,<br><br>      Defendants. | Case No. 19-cv-00242<br><br>Honorable Thomas M. Durkin |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Monday, April 29, 2019 at 9:00 a.m.** or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Thomas M. Durkin in courtroom 1441 at the United States Courthouse for the Northern District of Illinois, 219 South Dearborn Street Chicago, Illinois 60604, and then and there present the attached Unopposed Motion to Extend Deadline to Serve Defendant Elizabeth Rivera and for Leave to Serve Subpoena.

Dated: April 19, 2019

Respectfully submitted,

RANDY LIEBICH

By: *s/ Alison R. Leff*
    One of His Attorneys

Jon Loevy
Arthur Loevy
Alison R. Leff
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
alison@loevy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2019, I caused the foregoing document to be electronically filed, which will send a Notice of Electronic Filing to all counsel of record.

<em>s/ Alison R. Leff</em>