UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Randy R. Liebich
          Plaintiff,

v.                              Case No.: 1:19−cv−00242
                                        Honorable Thomas M. Durkin

Illinois Department Of Corrections, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 22, 2019:

    MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's unopposed motion for extension of time to serve defendant Rivera to and including 6/11/2019 [33] is granted. No appearance is required on 4/29/2019. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.