# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| RANDY R. LIEBICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-242 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | Hon. Judge Thomas M. Durkin |
| CORRECTIONS, *et al.*, | ) | Hon. Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |

## *Corrected* NOTICE OF DEFENDANTS' PARTIAL MOTION TO DISMISS PURSUANT TO FEDERAL RULE 12(b)(6)

**PLEASE TAKE NOTICE** that on Thursday, **May** 23, 2019, at 9:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Thomas M. Durkin, or whomever may be sitting in his stead, in Courtroom 1446 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present *Defendants' Partial Motion to Dismiss Pursuant to Federal Rule 12(b)(6)*.

Respectfully submitted,

KWAME RAOUL
Attorney General for Illinois

By: /s/ Alan Williams
Alan Williams
Assistant Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601
T: 312-814-3654, F: 312-814-4425
ajwilliams@atg.state.il.us

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, the foregoing, Corrected *Notice of Defendants' Partial Motion to Dismiss Pursuant to Federal Rule 12(b)(6)*, was electronically filed with the Clerk of the Court using the CM/ECF system. Parties of record may obtain a copy through the CM/ECF system.

Respectfully submitted,

/s/ Alan Williams
Alan Williams