## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Randy R. Liebich

                                          Plaintiff,

v.                                                                Case No.: 1:19−cv−00242

                                                                       Honorable Thomas M. Durkin

Illinois Department Of Corrections, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 2, 2019:

       MINUTE entry before the Honorable Sunil R. Harjani: This Court's order [52] is amended as follows: Initial status hearing set for 7/11/19 at 9:15 a.m. in courtroom 1858. The parties do not need to file a joint status report. Mailed notice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.