**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RANDY R. LIEBICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-242 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | Hon. Judge Thomas M. Durkin |
| CORRECTIONS, *et al.*, | ) | Hon. Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME**

Defendants Charles Best, Tyneer Butler-Winters, Joshua Clements, Darren Davenport, Rob Jeffreys[1], Elizabeth Johnson, Byron Mitchell, Walter Nicholson, Ethan Olson, Victor Perez, Randy Pfister, Elizabeth Rivera, William Shevlin, Joel Starkey, James Wilcock, and the Illinois Department of Corrections ("IDOC"), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, hereby move unopposed, pursuant to Fed. R. Civ. P. 6(b), for an extension of time of fourteen (14) days, up to and including July 25, 2019, to file their Reply to Plaintiff's Response in Opposition, ECF # 49, to their Partial Motion to Dismiss pursuant to Federal Rule 12(b)(6), ECF # 43, stating as follows:

1. The deadline for Defendants Reply to Plaintiff's Response in Opposition to their Partial Motion to Dismiss is July 11, 2019. *See* ECF # 47.

2. The undersigned has both reviewed Plaintiff's Response in Opposition, and anticipates needing additional time to draft Defendants' Reply.

---

[1] As he is no longer Director of the Illinois Department of Corrections, Defendant John Baldwin is substituted for Rob Jeffreys, Director of the Illinois Department of Corrections. *See* FED. R. CIV. P. 25(d).

3. Given the above, Defendants respectfully request an extension of time of fourteen (14) days, up to and including July 25, 2019, to respond or otherwise plead to Plaintiff's Complaint [ECF # 1].

4. This motion is not made for the purpose of undue delay, but is made in good faith in order to present an adequate defense.

5. Plaintiff will not be prejudiced by this extension as a fact discover is not set to close until February 7, 2020. *See* ECF # 47.

6. The undersigned has contacted Plaintiff's counsel, who has indicated that Plaintiff does not oppose this motion.

WHEREFORE, for these reasons, Defendants respectfully request that the Court grant their unopposed motion, grant them an extension of time of fourteen (14) days, up to and including July 25, 2019, to file their Reply to Plaintiff's Response in Opposition to their Partial Motion to Dismiss pursuant to Federal Rule 12(b)(6), and provide any such other relief deemed by the Court to be reasonable and just.

Respectfully submitted,

KWAME RAOUL
Attorney General for Illinois

/s/ Alan Williams
Alan Williams
Assistant Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601
T: 312-814-3654, F: 312-814-4425
ajwilliams@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2019, the foregoing document, *Defendants' Unopposed Motion for Extension of Time*, was electronically filed with the Clerk of the Court using the CM/ECF system. Parties of record may obtain a copy through the CM/ECF system.

                                      Respectfully submitted,

                                      /s/ Alan Williams
                                      Alan Williams