IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANDY R. LIEBICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-242 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | Hon. Judge Thomas M. Durkin |
| CORRECTIONS, *et al.*, | ) | Hon. Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

**PLEASE TAKE NOTICE** that on Monday, August 5, 2019, at 9:00 A.M., or as soon thereafter as counsel may be heard, counsel for Defendants shall appear before the Honorable Thomas M. Durkin, or whomever may be sitting in his stead, in Courtroom 1441 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present *Defendants' Unopposed Motion for Extension of Time*.

Respectfully submitted,

KWAME RAOUL
Attorney General for Illinois

By: /s/ Alan Williams
Alan Williams
Assistant Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601
T: 312-814-3654, F: 312-814-4425
ajwilliams@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2019, the foregoing document, *Notice of Defendants' Unopposed Motion for Extension of Time*, was electronically filed with the Clerk of the Court using the CM/ECF system. Parties of record may obtain a copy through the CM/ECF system.

    Respectfully submitted,

    /s/ Alan Williams
    Alan Williams