## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Randy R. Liebich

                                    Plaintiff,

v.                                           Case No.: 1:19–cv–00242
                                                  Honorable Thomas M. Durkin

Illinois Department Of Corrections, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 11, 2019:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held. Settlement conference is set for 8/13/2019 at 1:30 p.m. A preliminary settlement discussion with the attorneys of record is scheduled for 8/9/2019 at 10:30 a.m. by telephone. Plaintiff's counsel shall initiate the call to Defendant's counsel and jointly contact chambers at (312) 435–3000. Plaintiff's settlement letter is due by 7/29/2019. Defendants' settlement letter is due by 8/5/2019. Counsel cannot agree to amend the letter exchange deadlines amongst themselves. Parties are reminded that Magistrate Judge Harjani requires compliance with his Standing Order for Settlement Conference, which is available on the Courts website at www.ilnd.uscourts.gov. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.