IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANDY R. LIEBICH, | |
| Plaintiff, | Case No. 19-cv-00242 |
| v. | Hon. Thomas M. Durkin |
| ILLINOIS DEPARTMENT OF CORRECTIONS *et al.*, | Hon. Sunil R. Harjani |
| Defendants. | |

## JOINT MOTION TO EXTEND DEADLINE TO SERVE WRITTEN DISCOVERY

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiff Randy R. Liebich and defendants John Baldwin, Charles Best, Tyneer Butler-Winters, Joshua Clements, Darren Davenport, Elizabeth Johnson, Byron Mitchell, Walter Nicholson, Ethan Olson, Victor Perez, Randy Pfister, Elizabeth Rivera, William Shevlin, Joel Starkey, James Wilcock, and the Illinois Department of Corrections, through counsel, hereby request a two-week extension of their deadline to serve written discovery. In support of their motion, the parties state as follows:

### BACKGROUND

1. Plaintiff initiated this civil rights lawsuit on January 11, 2019, alleging his constitutional rights and rights under federal disabilities and Illinois tort law were violated while he was a prisoner of the Illinois Department of Corrections. (ECF No. 1.)

2. This case is subject to the Mandatory Initial Discovery Pilot Program.

3. The parties exchanged mandatory initial discovery responses on June 20, 2019. (*See* ECF Nos. 48, 50.)

4. The parties are scheduled to appear before Magistrate Judge Harjani for a

settlement conference on August 13, 2019. (ECF No. 56.)

5. The current deadline for the parties to serve written discovery is August 1, 2019. (ECF No. 47.)

6. Federal Rule of Civil Procedure 6(b) permits the Court, on motion of the parties, "for good cause, [to] extend the time" for any act that "may or must be done within a specified time." Fed. R. Civ. P. 6(b)(1)(A).

7. In view of the upcoming settlement conference, the parties agree it would be prudent to extend the deadline for issuing their written discovery requests by two weeks, until August 15, 2019.

8. The requested extension promotes judicial economy by permitting the parties to conserve resources in the event the settlement conference ends in a resolution of the matter. If the conference is not successful, the parties will promptly exchange discovery requests two days thereafter and proceed with the litigation.

9. The parties seek this extension in good faith and not to cause undue delay.

WHEREFORE, the parties respectfully request the Court enter an order: (1) extending their deadline to serve written discovery by two weeks to August 15, 2019; and (2) granting any additional relief the Court deems just and proper.

Dated: August 1, 2019                    Respectfully Submitted,

| | |
|---|---|
| RANDY LIEBICH | ILLINOIS DEPARTMENT OF CORRECTIONS, JOHN BALDWIN, RANDY PFISTER, WALTER NICHOLSON, CHARLES BEST, TYNEER BUTLER-WINTERS, JOEL STARKEY, VICTOR M. PEREZ, BYRON MITCHELL, JOSHUA CLEMENTS, JAMES WILCOCK, ELIZABETH JOHNSON, ELIZABETH RIVERA, DARREN DAVENPORT, |
| By: *s/ Alison R. Leff* <br> One of His Attorneys <br><br> Arthur Loevy <br> Jon Loevy <br> Alison R. Leff <br> LOEVY & LOEVY | |

| | |
|---|---|
| 311 N. Aberdeen St., 3rd Floor<br>Chicago, IL 60607<br>(312) 243-5900 (phone)<br>alison@loevy.com | WILLIAM SHEVLIN, and ETHAN A. OLSON<br><br>By: s/ *Alan Williams*<br>        One of Their Attorneys<br><br>Alan Williams<br>Office of the Illinois Attorney General<br>100 W. Randolph St., 13th Fl.<br>Chicago, IL 60601<br>(312) 814-3654 (phone)<br>ajwilliams@atg.state.il.us |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 1, 2019, a copy of the foregoing document was served using the Court's CM/ECF system, which will send an electronic notice of filing to all counsel of record.

                                                                                                    *s/ Alison R. Leff*