## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

RANDY R. LIEBICH,

        Plaintiff,

        v.

ILLINOIS DEPARTMENT OF
CORRECTIONS *et al.*,

        Defendants.

Case No. 19-cv-00242

Hon. Thomas M. Durkin

Hon. Sunil R. Harjani

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, August 7, 2019 at 9:00 a.m.** or as soon

thereafter as counsel may be heard, counsel shall appear before the Honorable Thomas M.

Durkin in courtroom 1441 at the United States Courthouse for the Northern District of Illinois,

219 South Dearborn Street Chicago, Illinois 60604, and then and there present the attached Joint

Motion to Extend Deadline to Serve Written Discovery.

Dated: August 1, 2019

Respectfully submitted,

RANDY LIEBICH

By: *s/ Alison R. Leff*
    One of His Attorneys

Jon Loevy
Arthur Loevy
Alison R. Leff
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
alison@loevy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2019, I caused the foregoing document to be electronically filed, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Alison R. Leff*