**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RANDY R. LIEBICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-242 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | Hon. Judge Thomas M. Durkin |
| CORRECTIONS, *et al.*, | ) | Hon. Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |

## **STIPULATION TO DISMISS**

NOW COMES the Plaintiff, Randy R. Liebich, by and through his attorneys, Loevy & Loevy, and the Defendants, Charles Best, Tyneer Butler-Winters, Joshua Clements, Darren Davenport, Rob Jeffreys, Elizabeth Johnson, Byron Mitchell, Walter Nicholson, Ethan Olson, Victor Perez, Randy Pfister, Elizabeth Rivera, William Shevlin, Joel Starkey, James Wilcock, and the Illinois Department of Corrections, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and hereby stipulate to the dismissal of this case. The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed without prejudice, and said dismissal shall automatically convert to a dismissal with prejudice and without leave to reinstate upon payment of the amount payable under the parties' Settlement Agreement.

2. Each party shall bear its own attorney's fees, costs, and expenses.

AGREED:


_s/ Alison R. Leff_____     Date: __10/25/19_____
Alison R. Leff
Loevy & Loevy
311 N. Aberdeen
3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Email: alison@loevy.com
*Counsel for Plaintiff*


_s. Alan Williams_____     Date: __10/25 /19_____
Alan Williams
Assistant Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601
Telephone: (312) 814-3654
Email: ajwilliams@atg.state.il.us
*Counsel for IDOC Defendants*