# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Randy R. Liebich

                              Plaintiff,

v.                                                   Case No.: 1:19−cv−00242

                                                                  Honorable Thomas M. Durkin

Illinois Department of Corrections, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: Case terminated on 10/15/2019. Magistrate Judge Harjani no longer referred to the case. Status hearing set for 2/6/2020 is stricken. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.