## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RANDY LIEBICH,           )

                           )

        Plaintiff,      )

                           )

        v.           )      Case No. 19 C 0242

                           )

ILLINOIS DEPARTMENT    )

OF CORRECTIONS, et al.,    )

                           )

        Defendants.    )      Hon. Thomas M. Durkin

## <u>PLAINTIFF'S AGREED MOTION TO EXTEND THE TIME TO REINSTATE</u>

Plaintiff, Randy Liebich, by his attorneys, Loevy & Loevy, hereby respectfully asks this Court for an extension of time up to and including February 27, 2020, to reinstate the case, and to extend the date for entry of dismissal with prejudice until February 28, 2020. In support of his motion, Plaintiff states as follows:

1. On August 13, 2019, the parties reached a binding settlement agreement during a settlement conference before Magistrate Judge Harjani. In his Order memorializing that settlement, Magistrate Judge Harjani ordered Defendants to act in good faith to issue payment of the settlement sum by February 27, 2020. Dkt. 68.

2. The parties' settlement was reduced to writing, and the written agreement was signed by all parties by October 9, 2019.

3. A voucher for payment of the settlement sum was submitted to the Illinois Office of the Comptroller on November 22, 2019. According to counsel for the Defendants, the Office of the Comptroller are currently paying vouchers submitted on October 16, 2019.

4.      The parties hope that the Office of the Comptroller will issue payment of the settlement sum by February 27, 2020.

5.      Plaintiff accordingly believes that this Court should delay entry of dismissal with prejudice until February 28 so that if payment is not made, Plaintiff may bring a motion to reinstate and enforce the settlement before this Court.

6.      Counsel for Plaintiff contacted counsel for Defendants, who indicated that Defendants do not oppose Plaintiff's motion.

Wherefore, Plaintiff respectfully requests that this Court extend the time for Plaintiff to reinstate the case by 43 days, up to and including February 27, 2020, and to extend the date for entry of dismissal with prejudice until February 28, 2020.


                                        Respectfully submitted,

                                        /s/ Sarah Grady
                                        Sarah Grady
                                        Attorney for Plaintiff

Jon Loevy
Arthur Loevy
Sarah Grady
Alison Leff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

I, Sarah Grady, an attorney, certify that on January 15, 2020, I caused the foregoing to be filed using the Court's CM/ECF system, which effected service on all counsel of record.


/s/ Sarah Grady
Sarah Grady
Attorney for Plaintiff