# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Randy R. Liebich

                                                 Plaintiff,

v.                                                                              Case No.: 1:19–cv–00242
                                                                              Honorable Thomas M. Durkin

Illinois Department of Corrections, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 24, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's agreed motion for extension of time to 2/27/2020 to move to reinsate [75] is granted. Absent a timely filed motion to reinstate or extend the time in which to reinstate, the dismissal order will become final with prejudice on 2/28/2020. No appearance is required on 1/27/2020.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.